AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

REBECCA J. KUCH, et al,
        Plaintiffs,

v.

UNITED STATES OF AMERICA and
THE BOEING COMPANY, a Delaware
Corporation,
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-03-355-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendants dismissing the Amended Complaint and the claims therein with prejudice.

September 28, 2007       JAMES R. LARSEN
*Date*      *Clerk*

     s/ Shirley Peters
     *(By) Deputy Clerk*

     Shirley Peters